IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSOLIDATED RAIL CORPORATION** : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **GERARD A. RITTER AND SUSAN R. NOREK,** : <br> **for the Estate of GERARD H. RITTER, deceased** : <br> : <br> Defendants : | CIVIL ACTION NO. 07- |

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for Consolidated Rail Corporation ("Conrail"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Conrail, which have any outstanding securities in the hands of the public. Conrail is 58% owned by Norfolk Southern Corp. and 42% owned by CSX Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

-1-

Respectfully submitted,

Of Counsel:

_____
Charles H. Carpenter (D.C. Bar # 432004)
PEPPER HAMILTON LLP
Laurence Z. Shiekman                600 Fourteenth Street, N.W., Suite 500
Ken Massey                          Washington, DC  20005-2004
T. Joel Zuercher                    Telephone: (202) 220-1200
PEPPER HAMILTON LLP                 Facsimile: (202) 220-1665
3000 Two Logan Square               carpenterc@pepperlaw.com
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799        Attorneys for Plaintiff,
Telephone: (215) 981-4000           Consolidated Rail Corporation
Facsimile: (215) 981-4750

July 27, 2007