IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **CONSOLIDATED RAIL CORPORATION** : | |
| : | |
| Plaintiff, : | Case 1:07-cv-01370 - RMU |
| : | |
| v. : | |
| : | |
| **GERARD A. RITTER AND SUSAN R. NOREK,** : | |
| **Executors for the Estate of GERARD H.** | |
| **RITTER, deceased** : | |
| : | |
| Defendants : | |

---

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendants Gerard A. Ritter and Susan R. Norek, executors for the Estate of Gerard H. Ritter, deceased ("Defendants"), hereby move the Court for an order granting them additional time to respond to plaintiff's complaint and to plaintiff's motion for a partial stay of the proceedings pending in the Court of Common Pleas of Philadelphia County, and state as follows:

1. This action was filed by plaintiff on July 27, 2007.

2. Upon information and belief, the complaint and summonses were served and a responsive pleading is due this week.

3. The parties have agreed to extend the time for filing (a) a response to the complaint and (b) a response to plaintiff's motion for a partial stay of proceedings pending in the Court of Common Pleas of Philadelphia County.

4. The parties have agreed that defendants' response to the complaint and the motion will be due on August 31, 2007.

5. Plaintiff consents to the relief sought in this motion.

6. Defendants recognize that the Court's standing order in civil cases requires that motions for extensions of time be made at least four days before the due date. Undersigned local counsel was retained today and seeks the Court's indulgence to the extent this deadline was missed.

7. A proposed order is attached.


Dated: August 14, 2007                        /s/ Denis C. Mitchell
                                              Denis C. Mitchell, Bar No. MD26510
                                              Christopher H. Mitchell, Bar No. 416826
                                              STEIN MITCHELL & MEZINES
                                              1100 Connecticut Avenue NW
                                              Suite 1100
                                              Washington, DC 20036
                                              202-737-7777
                                              dmitchell@steinmitchell.com

                                              Attorneys for Defendants Gerard A. Ritter
                                              And Susan R. Norek, Executors for the Estate of
                                              Gerard H. Ritter, deceased


Of Counsel:
KLINE & SPECTER, P.C.
Lee B. Balefsky, Esquire
Cheryl P. Jacobs, Esquire
1525 Locust Street. 19th Floor
Philadelphia, PA 19102


Attorneys for Defendants Gerard A. Ritter
And Susan R. Norek, Executors for the
Estate of Gerard H. Ritter, deceased

**CERTIFICATE OF SERVICE**

      I certify that the foregoing motion was this 14th day of August, 2007 served electronically and by first class mail on counsel for the plaintiff:

      Laurence Z. Shiekman, Esquire
      Ken Massey, Esquire
      T. Joel Zuercher, Esquire
      PEPPER HAMILTON, LLP
      3000 Two Logan Square
      Eighteenth and Arch Streets
      Philadelphia, PA 19103-2799

      Charles Carpenter, Esquire
      PEPPER HAMILTON, LLP
      600 Fourteenth Street NW, St. 500
      Washington, DC 20005-2004


      /s/ Denis C. Mitchell
      Denis C. Mitchell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSOLIDATED RAIL CORPORATION** : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **GERARD A. RITTER AND SUSAN R. NOREK,** : <br> **Executors for the Estate of GERARD H.** : <br> **RITTER, deceased** : <br> : <br> Defendants : | Case 1:07-cv-01370 - RMU |

### **ORDER**

Upon consideration of defendants' consent motion for an extension of the time and the entire record in this matter, it is hereby

ORDERED that the motion is granted; it is further

ORDERED that defendants shall respond to (1) plaintiff's complaint for declaratory relief and (2) plaintiff's motion for a partial stay of proceedings pending in the Court Of Common Pleas of Philadelphia County on or before August 31, 2007.

Dated: _____

                                                           _____
                                                           The Honorable Ricardo M. Urbina
                                                           United States District Court
                                                             for the District of Columbia

Copies to:

Denis C. Mitchell
STEIN MITCHELL & MEZINES
1100 Connecticut Avenue NW
Suite 1100
Washington, DC 20036
dmitchell@steinmitchell.com

Lee B. Balefsky, Esquire
Cheryl P. Jacobs, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street. 19th Floor
Philadelphia, PA 19102

Laurence Z. Shiekman, Esquire
Ken Massey, Esquire
T. Joel Zuercher, Esquire
PEPPER HAMILTON, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Charles Carpenter, Esquire
PEPPER HAMILTON, LLP
600 Fourteenth Street NW, St. 500
Washington, DC 20005-2004