IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CONSOLIDATED RAIL CORPORATION** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 07-01370 |
| | : | |
| **GERARD A. RITTER AND SUSAN R. NOREK,** **Executors for the Estate of GERARD H.** **RITTER, deceased** | : | |
| | : | |
| Defendants | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff Consolidated Rail Corporation, by its local attorneys, hereby moves for the admission *pro hac vice* of Laurence Z. Shiekman ("Petitioner") pursuant to Rule 83.2(d) of the Local Civil Rules of this Court. In support of its Motion, Plaintiff states as follows:

1. Petitioner is a partner with the law firm of Pepper Hamilton LLP, 3000 Two Logan Square, 18th and Arch Streets, Philadelphia, Pennsylvania 19103.

2. Petitioner is, and always has been since his admission, a member in good standing of the Pennsylvania State Bar.

4. Petitioner does not wish to be admitted to the District of Columbia Bar generally, but for the purpose of representing the Plaintiff in this case only.

5. Petitioner is familiar with the law, facts and procedures relating to the subject matter of this litigation.

#8825171 v1

6.	Charles H. Carpenter of Pepper Hamilton, LLP, 600 Fourteenth Street, N.W., Suite 500, Washington, DC 2005-2004, is local counsel of record for Plaintiff and will remain so.  Charles H. Carpenter. is a member in good standing of the bar of this Court.

7.	Pursuant to Rule 83.2(d) of the Local Civil Rules of this Court, and in further support of this Motion, Petitioner's Affidavit is attached hereto.

**WHEREFORE**, Plaintiff prays for entry of an order (a) granting its Motion for Admission of Laurence Z. Shiekman *pro hac vice*; and (b) allowing Petitioner to appear of record as co-counsel and practice *pro hac vice* before this Court.

Respectfully Submitted,

/s/ Charles H. Carpenter
Charles H. Carpenter (D.C. Bar # 432004)
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W., Suite 500
Washington, DC  20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665

Attorney for Plaintiff,
Consolidated Rail Corporation

August 24, 2007

#8825171 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSOLIDATED RAIL CORPORATION**       Plaintiff, <br><br> v. <br><br> **GERARD A. RITTER AND SUSAN R. NOREK,** **Executors for the Estate of GERARD H. RITTER, deceased**       Defendants | CIVIL ACTION NO. 07-01370 |

### AFFIDAVIT OF LAURENCE Z. SHIEKMAN
### IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

COMMONWEALTH OF PENNSYLVANIA  )
                              )
COUNTY OF PHILADELPHIA        )

LAURENCE Z. SHIEKMAN, being duly sworn, deposes and says:

1. I submit this affidavit in support of the motion of plaintiff Consolidated Rail Corporation pursuant to Rule 83.2(d) of the Local Civil Rules of this Court, for my admission *pro hac vice*.

2. I reside at 730 Germantown Pike, Lafayette Hill, Pennsylvania 19444.

3. I am a partner with the law firm of Pepper Hamilton LLP, 3000 Two Logan Square, 18th and Arch Streets, Philadelphia, Pennsylvania 19103. I may be reached by telephone at 215-981-4000.

4. I am a member in good standing of the Bar of the State of Pennsylvania (admitted in 1971).

-2-

5. I also am admitted to the Bars of the United States Supreme Court, the United States Court of Appeals for the First Circuit, Second Circuit, Third Circuit, Fifth Circuit, Sixth Circuit, Seventh Circuit, Ninth Circuit, Federal Circuit, D.C. Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of Michigan, the United States District Court for the Eastern District of Wisconsin and the United States District Court for the Eastern District of Pennsylvania.

6. My legal training and experience consist of the following:

    (a) I received a J.D. degree from University of Pennsylvania Law School in 1971;

    (b) From 1971 to 1973 I worked as a law clerk to the Honorable A. Leon Higginbotham, Jr., United States District Court for the Eastern District of Pennsylvania;

    (c) From 1973 to 1975 I worked as an Assistant Professor at the Florida State University College of Law in Tallahassee Florida; and

    (d) I started at Pepper Hamilton LLP as an associate in 1975 and have been a partner at Pepper Hamilton LLP since 1978.

7. I have never been held in contempt of court in any jurisdiction.

8. I have never been censured, suspended or disbarred by any court.

9. I have read the Rules of Professional Conduct of the American Bar Association and will faithfully adhere to them.

10. I have not been admitted *pro hac vice* in this Court within the last two years.

WHEREFORE, I respectfully request that the Court grant plaintiff Consolidated Rail Corporation's motion for an Order, pursuant to Rule 83.2(d) of the Local Civil Rules of this Court, permitting my appearance *pro hac vice* in this action.

Respectfully Submitted,

_____
Laurence Z. Shiekman

Sworn to before me this

24th day of August 2007

_____
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
         Notarial Seal
Florence M. Conen, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Feb. 21, 2008
Member, Pennsylvania Association Of Notaries
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSOLIDATED RAIL CORPORATION** :<br><br>Plaintiff, :<br><br>v. :<br><br>**GERARD A. RITTER AND SUSAN R. NOREK,** :<br>**Executors for the Estate of GERARD H.**<br>**RITTER, deceased** :<br><br>Defendants : | CIVIL ACTION NO. 07-01370 |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Upon the motion of Charles H. Carpenter of Pepper Hamilton LLP,

IT IS ORDERED that Laurence Z. Shiekman of the law firm of Pepper Hamilton LLP is granted admission into this Court *pro hac vice* for the purposes of the aforementioned case only.

Granted this .......... day of ...................., 2007.

_____
Judge Ricardo M. Urbina
United States District Court
for the District of Columbia

## CERTIFICATE OF SERVICE

I, T. Joel Zuercher, hereby certify that on August 24, 2007, I served true and correct copies of plaintiff Consolidated Rail Corporation's motion for the admission *pro hac vice* of Laurence Z. Shiekman and of plaintiff's supporting affidavit upon counsel as follows:

### BY E-MAIL AND U.S. MAIL (FIRST CLASS)

Lee F. Balefsky, Esquire
Cheryl P. Jacobs, Esquire
Kline & Specter, P.C.
1525 Locust Street, Nineteenth Floor
Philadelphia, PA 19102

Denis C. Mitchell, Esquire
Stein, Mitchell & Mezines
1100 Connecticut Avenue, NW
Washington, DC 20036

_____
T. Joel Zuercher