IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CONSOLIDATED RAIL CORPORATION** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 07-01370 |
| | : | |
| **GERARD A. RITTER AND SUSAN R. NOREK,** **Executors for the Estate of GERARD H.** **RITTER, deceased** | : : : | |
| | : | |
| Defendants | : | |
| | : | |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Plaintiff Consolidated Rail Corporation hereby moves the Court for an order granting plaintiff additional time to respond to defendants' motion to dismiss, and states as follows:

1. Defendants' motion to dismiss was filed on August 20, 2007.

2. Upon information and belief, a response to defendants' motion is due Tuesday September 4, 2007.

3. The parties have agreed to extend the time for filing a response to the motion to dismiss.

4. The parties have agreed that plaintiff's response to the motion to dismiss will be due on September 7, 2007.

5. Defendants consent to the relief sought in this motion.

#8828406 v1

-2-

6.     A proposed order is attached.

                                    Respectfully Submitted,

                                    /s/ Charles H. Carpenter
                                  Charles H. Carpenter (D.C. Bar # 432004)
                                  PEPPER HAMILTON LLP
                                  600 Fourteenth Street, N.W., Suite 500
                                  Washington, DC  20005-2004
                                  Telephone: (202) 220-1200
                                  Facsimile: (202) 220-1665

                                  Attorney for Plaintiff,
                                  Consolidated Rail Corporation

August 28, 2007

#8828406 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSOLIDATED RAIL CORPORATION** : <br> : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **GERARD A. RITTER AND SUSAN R. NOREK,** : <br> **Executors for the Estate of GERARD H.** : <br> **RITTER, deceased** : <br> : <br> Defendants : <br> : | CIVIL ACTION NO. 07-01370 |

### ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

Upon consideration of plaintiff's consent motion for an extension of the time to respond to defendants' motion to dismiss, it is hereby:

ORDERED that the motion is granted; it is further

ORDERED that plaintiff shall respond to defendants' motion to dismiss on or before September 7, 2007.

Granted this ………. day of ………………….., 2007.

_____
Judge Ricardo M. Urbina
United States District Court
for the District of Columbia

#8828406 v1