IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSOLIDATED RAIL CORPORATION** : <br> : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **GERARD A. RITTER AND SUSAN R. NOREK,** : <br> **Executors for the Estate of GERARD H.** : <br> **RITTER, deceased** : <br> : <br> Defendants : <br> : | CIVIL ACTION NO. 07-01370 |

**PLAINTIFF'S REPLY MEMORANDUM TO DEFENDANTS'
MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO
PLAINTIFF'S MOTION FOR A PARTIAL STAY
OF PROCEEDINGS PENDING IN THE COURT OF COMMON
PLEAS IN PHILADELPHIA COUNTY, PENNSYLVANIA
<u>AND REQUESTING A BRIEF EXTENSION OF TIME</u>**

Plaintiff Consolidated Rail Corporation ("Conrail") has filed a motion seeking a partial stay of proceedings pending in the Philadelphia County, Pennsylvania Court of Common Pleas in *Ritter v. Garlock et al.*, No. 050600467, ancillary to its complaint for a declaratory judgment. The defendants, Gerard A. Ritter and Susan R. Norek, Executors for the Estate of Gerard H. Ritter (hereinafter "defendants"), have filed a memorandum of points and authorities in opposition to Conrail's motion for a partial stay. Defendants have also filed a motion to dismiss Conrail's complaint.

In reply to the defendants' memorandum in opposition to Conrail's motion for a partial stay, Conrail states as follows:

1. Defendants' memorandum in opposition to Conrail's motion for a partial stay and defendants' motion to dismiss Conrail's complaint present identical

-2-

arguments based on an expansive and incorrect reading of *Consolidated Rail Corp. v. Reading Co.*, 654 F. Supp. 1318 (S.C.R.R.R.A. 1987);

       2.      By agreement of the parties, Conrail will submit a memorandum of points and authorities in opposition to defendants' motion to dismiss Conrail's complaint on or before September 7, 2007;

       3.      The Philadelphia County, Pennsylvania Court of Common Pleas proceedings are not scheduled for trial until October 1, 2007.

In light of the virtually identical arguments contained in defendants' memorandum opposing Conrail's motion for a partial stay and defendants' motion to dismiss, and in light of the fact that the Philadelphia County trial is not scheduled to begin until October 1, 2007, Conrail will fully and completely address all of defendants' arguments, including those advanced in opposition to Conrail's request for a stay, when it submits its memorandum of points and authorities in opposition to defendants' motion to dismiss Conrail's complaint on or before September 7, 2007.  Accordingly, Conrail respectfully requests that the period to offer a reply to defendants' memorandum opposing Conrail's motion for a partial stay be extended until September 7, 2007.

#8830196 v2

-3-

                    Respectfully Submitted,

                    /s/ Charles H. Carpenter
                    Charles H. Carpenter (D.C. Bar # 432004)
                    PEPPER HAMILTON LLP
                    600 Fourteenth Street, N.W., Suite 500
                    Washington, DC  20005-2004
                    Telephone: (202) 220-1200
                    Facsimile: (202) 220-1665

                    Laurence Z. Shiekman (*pro hac vice*)
                    PEPPER HAMILTON LLP
                    3000 Two Logan Square
                    Eighteenth & Arch Streets
                    Philadelphia, PA  19103-2799
                    Telephone: (215) 981-4000
                    Facsimile: (215) 981-4750

                    Attorneys for Plaintiff,
August 28, 2007              Consolidated Rail Corporation