IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSOLIDATED RAIL CORPORATION,** : <br> : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **GERARD A. RITTER AND SUSAN R. NOREK,** : <br> **Executors for the Estate of GERARD H.** : <br> **RITTER, deceased,** : <br> : <br> Defendants. : <br> : | Civil Action No. 07-01370 |

## MOTION OF CONSOLIDATED RAIL CORPORATION
## FOR EXPEDITED RESOLUTION OF MOTION FOR A PARTIAL STAY

Comes now Plaintiff Consolidated Rail Corporation ("Conrail") and requests expedited disposition of its motion for a partial stay filed on July 27, 2007, and a hearing at the Court's earliest convenience, if the Court believes that would be helpful to its consideration of the motion, and in support thereof, states as follows:

1. Conrail has filed a motion seeking a partial stay of proceedings pending in the Philadelphia County, Pennsylvania Court of Common Pleas in *Ritter v. Garlock et al.*, No. 050600467. The request for a stay is based on this Court's exclusive jurisdiction over part of the subject matter of the *Ritter* action. The defendants have filed a memorandum in opposition to Conrail's motion for a partial stay, and Plaintiff has filed a reply thereto.

2. Although, as Conrail noted in its motion to extend time filed August 28, 2007, trial in *Ritter* does not start until early October, jury selection in the *Ritter* case is scheduled for next Wednesday, September 26, 2007. Unless the Court

expedites consideration of the motion by several additional days, the parties, and the Court of Common Pleas, may expend effort and resources on an action that is not, as Conrail's papers show, necessary or appropriate.

3. It is therefore imperative that this Court dispose of Conrail's motion for a partial stay prior to commencement of those state court proceedings.

4. Pursuant to Local Rule 7(m), counsel for Conrail attempted to confer with opposing counsel regarding this motion, but its messages have not yet been returned.

Accordingly, Conrail respectfully requests that this Court expedite resolution of Plaintiff's motion for a partial stay.

Respectfully Submitted,

/s/ Charles H. Carpenter
Charles H. Carpenter (D.C. Bar # 432004)
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665

Laurence Z. Shiekman (*pro hac vice*)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750

Attorneys for Plaintiff,
September 20, 2007                     Consolidated Rail Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSOLIDATED RAIL CORPORATION** : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **GERARD A. RITTER AND SUSAN R. NOREK,** : <br> **Executors for the Estate of GERARD H.** : <br> **RITTER, deceased** : <br> : <br> Defendants : <br> : | CIVIL ACTION NO. 07-01370 |

## **ORDER**

AND NOW this _____ day of _____, 2007, upon consideration of the aforementioned Plaintiff's Motion For Expedited Resolution of Motion For a Partial Stay, it is hereby ORDERED that Plaintiff's Motion for Expedited Resolution is GRANTED.

_____
Ricardo M. Urbina
United States District Judge