IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CONSOLIDATED RAIL CORPORATION** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 07-01370 |
| | : | |
| **GERARD A. RITTER AND SUSAN R. NOREK,** | : | |
| **Executors for the Estate of GERARD H.** | : | |
| **RITTER, deceased** | : | |
| | : | |
| Defendants | : | |
| | : | |

## WITHDRAWAL OF MOTIONS

Yesterday, September 25, 2007, the Court of Common Pleas in Philadelphia County, Pennsylvania granted the motion to stay *Ritter et al. v. Garlock, Inc. et al.*, No. 050600467 pending disposition of this case. (*See* attached.) This order obviates the need for the relief sought in the motion to stay filed in this Court on July 30, 2007 and the motion to expedite also filed here on September 20, 2007; consequently both motions are hereby withdrawn.

Dated: September 26, 2007        Respectfully Submitted,

/s/ Charles H. Carpenter
Charles H. Carpenter (D.C. Bar # 432004)
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W., Suite 500
Washington, DC  20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665

-2-

        Laurence Z. Shiekman (*pro hac vice*)
        PEPPER HAMILTON LLP
        3000 Two Logan Square
        Eighteenth & Arch Streets
        Philadelphia, PA  19103
        Telephone: (215) 981-4000
        Facsimile: (215) 981-4750

        *Attorneys for Plaintiff*
        *Consolidated Rail Corporation*

Exhibit 1

Case 1:07-cv-01370-RMU    Document 15-2    Filed 09/26/2007    Page 1 of 3

Exhibit 1

# Civil Docket Report

## Case Description

**Case ID:** 050600467
**Case Caption:** RITTER ETAL VS GARLOCK INC ETAL
**Filing Date:** Wednesday, June 08th, 2005
**Court:** MT - MASS TORT
**Location:** CH - City Hall
**Jury:** J - JURY
**Case Type:** T1 - MASS TORT - ASBESTOS
**Status:** ORDST - STAYED BY ORDER OF COURT

## Related Cases

060400979 , 060600906

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| MOTION ASSIGNED | 30-AUG-2007 09:00 AM | City Hall | CITY HALL COURTROOM 243 | TERESHKO, ALLAN L |
| MOTION ASSIGNED | 12-SEP-2007 09:00 AM | City Hall | CITY HALL COURTROOM 243 | TERESHKO, ALLAN L |
| MOTION ASSIGNED | 12-SEP-2007 11:00 AM | City Hall | CITY HALL COURTROOM 243 | TERESHKO, ALLAN L |
| TRIAL | 01-OCT-2007 09:30 AM | City Hall | CITY HALL COURTROOM 243 | unassigned |

## Case Parties

| Seq # | Assoc | Expn Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | A25321 | BALEFSKY, LEE B |
| **Address:** KLINE & SPECTER 1525 LOCUST ST. 19TH FLOOR PHILADELPHIA PA 19102 | | | **Aliases:** | none | |

| 25-SEP-2007 01:00 PM | ORDST - STAYED BY ORDER OF COURT | TERESHKO, ALLAN L | |
|---|---|---|---|
| Docket Entry: | 81 07084281 AND NOW, THIS 25TH DAY OF SEPTEMBER, 2007, UPON CONSIDERATION OF THE MOTION FOR STAY OF DEFENDANT CONSOLIDATED RAIL CORPORATION, IT IS HEREBY ORDERED AND DECREED THAT DEFENDANT'S THAT THE MOTION FOR STAY IS HEREBY GRANTED, AND PURSUANT TO SECTION 209(G) OF THE REGIONAL RAIL REORGANIZATION ACT OF 1973, 45 U.S.C. SECTION 719 (G), THIS COURT WILL STAY ALL PROCEEDINGS IN THIS MATTER PENDING DISPOSITION OF THE SUCCESSORSHIP ISSUE BY THE DISTRICT COURT IN CASE NO. 1:07-CV-01370..... BY THE COURT: JUDGE ALLAN L. TERESHKO | | |
| 25-SEP-2007 01:35 PM | MTWAM - MOTION/PETITION WITHDRAWN MOOT | TERESHKO, ALLAN L | |
| Docket Entry: | 81 07084280 CASE STAYED SEE MOTION CONTROL #084281 | | |
| 25-SEP-2007 01:37 PM | MTWAM - MOTION/PETITION WITHDRAWN MOOT | TERESHKO, ALLAN L | |
| Docket Entry: | 79 07084279 CASE STAYED SEE MOTION CONTROL # 084279 | | |