IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSOLIDATED RAIL CORPORATION : | |
| : | |
| Plaintiff, : | Case 1:07-cv-01370 - RMU |
| : | |
| v. : | |
| : | |
| GERARD A. RITTER AND SUSAN R. NOREK,: | |
| Executors for the Estate of GERARD H. : | |
| RITTER, deceased : | |
| : | |
| Defendants : | |

**DEFENDANTS' UPOPPOSED MOTION FOR
EXPEDITED RESOLUTION OF MOTION TO DISMISS**

Defendants Gerard A. Ritter and Susan R. Norek, Executors for the Estate of Gerard H. Ritter, deceased, respectfully request expedited determination of their previously filed Motion to Dismiss for the reasons set forth below:

1. Consolidated Rail Corporation ("Conrail") filed its Complaint for Declaratory Relief on the eve of trial in an underlying action which had been pending in state court in Pennsylvania since June 2005. Trial was scheduled to commence on October 1, 2007, with jury selection to take place on September 26, 2007. Conrail thus waited more than two years to raise the issues set forth in its Complaint for Declaratory Relief.

2. Simultaneous with the filing of this action, Conrail also filed a Motion to Stay in Philadelphia County.

3. On September 25, 2007, the Philadelphia County Judge, the Honorable Allan L. Tereshko, granted Conrail's motion and stayed the entire proceeding in Philadelphia County, thus preventing the Ritter family from having its day in Court. (A true and correct copy of Judge

Tereshko's Order is attached hereto as Exhibit "A.") The Ritter family has moved for reconsideration of Judge Tereschko's Order. That motion is pending.

4. Defendants have been severely prejudiced by Conrail's delayed decision to submit this issue to this Court and by the last-minute stay of the entire Philadelphia County trial. The Pennsylvania case was trial-ready when Conrail filed this action in D.C. The Ritters have, at the eleventh hour, been deprived of their day in Court and are forced to endure delay. The prejudice associated with that delay continues to mount each day, as the case in Philadelphia cannot proceed until this Court disposes of this Declaratory Judgment action. In a case where neither party disputed the Pennsylvania Court's ability to decide the issue of successor liability during the first two years that the case was litigated, this delay is unjust. Conrail's actions surely do not result in the just, speedy and inexpensive determination of this matter envisioned by Rule 1 of the Federal Rules of Civil Procedure.

5. Because the law is clear and this Court lacks jurisdiction to decide the issue of successor liability, and because the Pennsylvania Courts are well-equipped to determine said issue, Defendants respectfully request that the determination of their Motion to Dismiss be expedited, that Conrail's Complaint for Declaratory Judgment be dismissed, and that they be permitted to proceed to trial in Philadelphia County at the next available date.

6. Counsel for the Ritter family has sought Conrail's consent to the relief sought by this motion. Conrail does not agree with the assertions contained in this motion, but does not oppose the relief sought herein.

WHEREFORE, for the reasons set forth above, Defendants respectfully request expedited determination of their Motion to Dismiss.

                          Respectfully submitted,

Dated: October 1, 2007                /s/ Denis C. Mitchell
                                            Denis C. Mitchell, Bar No. MD26510
                                            STEIN MITCHELL & MEZINES
                                            1100 Connecticut Avenue NW
                                            Suite 1100
                                            Washington, DC 20036
                                            202-737-7777
                                            dmitchell@steinmitchell.com

                                            Attorneys for Defendants Gerard A. Ritter
                                            And Susan R. Norek, Executors for the Estate of
                                            Gerard H. Ritter, deceased

Of Counsel:
KLINE & SPECTER, P.C.
Lee B. Balefsky, Esquire
Michelle L. Tiger, Esquire
Cheryl P. Jacobs, Esquire
1525 Locust Street. 19th Floor
Philadelphia, PA 19102

Attorneys for Defendants Gerard A. Ritter
And Susan R. Norek, Executors for the
Estate of Gerard H. Ritter, deceased

## CERTIFICATE OF SERVICE

I certify that the foregoing motion was this 1st day of October 2007 served electronically and by first class mail on counsel for the plaintiff:

    Laurence Z. Shiekman, Esquire
    Ken Massey, Esquire
    T. Joel Zuercher, Esquire
    PEPPER HAMILTON, LLP
    3000 Two Logan Square
    Eighteenth and Arch Streets
    Philadelphia, PA 19103-2799

    Charles Carpenter, Esquire
    PEPPER HAMILTON, LLP
    600 Fourteenth Street NW, St. 500
    Washington, DC 20005-2004

                                /s/ Denis C. Mitchell
                                Denis C. Mitchell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSOLIDATED RAIL CORPORATION** : | |
| : | |
| Plaintiff, : | Case 1:07-cv-01370 - RMU |
| : | |
| v. : | |
| : | |
| **GERARD A. RITTER AND SUSAN R. NOREK,** : | |
| **Executors for the Estate of GERARD H.** : | |
| **RITTER, deceased** : | |
| : | |
| Defendants : | |

## ORDER

Upon consideration of Defendants' Unopposed Motion for Expedited Resolution of their Motion to Dismiss and the entire record in this matter, it is hereby

ORDERED that the Motion is granted; it is further

ORDERED that the parties contact the Court within two days to select a date for oral argument on defendant's Motion to Dismiss the Complaint for Declaratory Relief.

Dated: _____

                                                              The Honorable Ricardo M. Urbina
                                                             United States District Court
                                                                for the District of Columbia

Copies to:

Denis C. Mitchell
STEIN MITCHELL & MEZINES
1100 Connecticut Avenue NW
Suite 1100
Washington, DC 20036
dmitchell@steinmitchell.com

Lee B. Balefsky, Esquire
Michelle L. Tiger, Esq.
Cheryl P. Jacobs, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street. 19th Floor
Philadelphia, PA 19102

Laurence Z. Shiekman, Esquire
Ken Massey, Esquire
T. Joel Zuercher, Esquire
PEPPER HAMILTON, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Charles Carpenter, Esquire
PEPPER HAMILTON, LLP
600 Fourteenth Street NW, St. 500
Washington, DC 20005-2004

# ATTACHMENT

# A

| | |
|---|---|
| GERALD H. RITTER AND ALICE K. RITTER, HIS WIFE | COURT OF COMMON PLEAS PHILADELPHIA COUNTY June Term, 2005 |
| Plaintiffs, | |
| vs. | No. 000467 |
| CONSOLIDATED RAIL CORPORATION, et al., | ASBESTOS CASE |
| Defendants. | |

## ORDER

AND NOW, this 25th day of September, 2007, upon consideration of the Motion for Stay of Defendant Consolidated Rail Corporation, it is hereby ORDERED and DECREED that Defendant's that the Motion for Stay is hereby GRANTED, and pursuant to Section 209(g) of the Regional Rail Reorganization Act of 1973, 45 U.S.C. Section 719 (g), this Court will stay all proceedings in this matter pending disposition of the successorship issue by the District Court in Case No. 1:07-CV-01370.

BY THE COURT:

_____
Hon. Allan L. Tereshko

SEP 25 2007
L. RYANT-DAVIS

COPIES SENT
PURSUANT TO Pa.R.C.P.236(b)
SEP 2 5 2007
FIRST JUDICIAL DISTRICT OF PA
L. RYANT-DAVIS