IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**CONSOLIDATED RAIL CORPORATION** :
:
    Plaintiff, : Case 1:07-cv-01370 - RMU
:
v. :
:
**GERARD A. RITTER AND SUSAN R. NOREK,** :
**Executors for the Estate of GERARD H.** :
**RITTER, deceased** :
:
    Defendants :

---

**DEFENDANTS' SUBMISSION IN RESPONSE TO THE
COURT'S OCTOBER 2, 2007 MINUTE ORDER TO SHOW CAUSE**

    Defendants respectfully submit the following statement in response to the Court's October 2, 2007 Minute Order to Show Cause why their Motion to Expedite Resolution of their Motion to Dismiss should not be stricken for failure to comply with paragraph 2 of this Court's standing order and Local Civil Rule 7(a).  Defendants respectfully request that the Court not strike their motion for the following reasons:

    1.  The mistaken omission of the statement of points and authorities was based on a good faith misreading of the Local Civil Rule 7.  Undersigned local counsel (Denis C. Mitchell) incorrectly read the local rule as requiring a statement of points and authorities only in motions that were opposed.  Because Conrail does not oppose the relief sought in defendants' motion to expedite, undersigned local counsel erroneously, but in good faith, concluded that a statement of points and authorities was not necessary.

    2.  With the Court's prompting, undersigned local counsel has re-reviewed the Local Civil Rules and recognizes his mistake.  Further, the mistake has been corrected by the filing of

an amended motion with an accompanying statement of points and authorities. The amended motion is filed simultaneously herewith.

    3. Undersigned counsel's mistake has not resulted in any prejudice to the plaintiff.

WHEREFORE, defendants respectfully request that the Court not strike their motion to expedite.

                Respectfully submitted,

Dated: October 3, 2007        /s/ Denis C. Mitchell
                Denis C. Mitchell, Bar No. MD26510
                STEIN MITCHELL & MEZINES
                1100 Connecticut Avenue NW
                Suite 1100
                Washington, DC 20036
                202-737-7777
                dmitchell@steinmitchell.com

                Attorney for Defendants Gerard A. Ritter
                And Susan R. Norek, Executors for the Estate of
                Gerard H. Ritter, deceased

Of Counsel:
KLINE & SPECTER, P.C.
Lee B. Balefsky, Esquire
Michelle L. Tiger, Esquire
Cheryl P. Jacobs, Esquire
1525 Locust Street. 19th Floor
Philadelphia, PA 19102

Attorneys for Defendants Gerard A. Ritter
And Susan R. Norek, Executors for the
Estate of Gerard H. Ritter, deceased