IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**CONSOLIDATED RAIL CORPORATION** :
:
      Plaintiff, : Case 1:07-cv-01370 - RMU
:
v. :
:
**GERARD A. RITTER AND SUSAN R. NOREK,** :
**Executors for the Estate of GERARD H.** :
**RITTER, deceased** :
:
      Defendants :

---

**DEFENDANTS' AMENDED UNOPPOSED MOTION FOR**
**EXPEDITED RESOLUTION OF THEIR MOTION TO DISMISS**

    Defendants Gerard A. Ritter and Susan R. Norek, Executors for the Estate of Gerard H. Ritter, deceased, respectfully request expedited determination of their previously filed Motion to Dismiss.[1] For the reasons set forth in the attached statement of points and authorities and to the extent that this Court's docket so allows, defendants respectfully request that consideration of their Motion to Dismiss be expedited.

    Pursuant to the Civil Rule 7(m) of this Court's Rules of Procedure, defendants have conferred with counsel for Conrail, which does not oppose the relief sought in this motion. A proposed order is filed herewith.

Respectfully submitted,

---

[1] Defendants respectfully file this amended motion in response to the Court's October 2, 2007 Minute Order to show cause why their Motion to Expedite Resolution of their Motion to Dismiss should not be stricken for failure to comply with paragraph 2 of this Court's standing order and Local Civil Rule 7(a). This amended motion includes a statement of points and authorities omitted from the initial motion.

Dated: October 3, 2007               /s/ Denis C. Mitchell
                                     Denis C. Mitchell, Bar No. MD26510
                                     STEIN MITCHELL & MEZINES
                                     1100 Connecticut Avenue NW
                                     Suite 1100
                                     Washington, DC 20036
                                     202-737-7777
                                     dmitchell@steinmitchell.com

                                     Attorney for Defendants Gerard A. Ritter
                                     And Susan R. Norek, Executors for the Estate of
                                     Gerard H. Ritter, deceased

Of Counsel:
KLINE & SPECTER, P.C.
Lee B. Balefsky, Esquire
Michelle L. Tiger, Esquire
Cheryl P. Jacobs, Esquire
1525 Locust Street. 19th Floor
Philadelphia, PA 19102

Attorneys for Defendants Gerard A. Ritter
And Susan R. Norek, Executors for the
Estate of Gerard H. Ritter, deceased

## **CERTIFICATE OF SERVICE**

I certify that the foregoing motion was this 3rd day of October 2007 served electronically and by first class mail on counsel for the plaintiff:

>Laurence Z. Shiekman, Esquire
>Ken Massey, Esquire
>T. Joel Zuercher, Esquire
>PEPPER HAMILTON, LLP
>3000 Two Logan Square
>Eighteenth and Arch Streets
>Philadelphia, PA 19103-2799
>
>Charles Carpenter, Esquire
>PEPPER HAMILTON, LLP
>600 Fourteenth Street NW, St. 500
>Washington, DC 20005-2004

>/s/ Denis C. Mitchell_____
>Denis C. Mitchell

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| **CONSOLIDATED RAIL CORPORATION** : | |
| : | |
| Plaintiff, : | Case 1:07-cv-01370 - RMU |
| : | |
| v. : | |
| : | |
| **GERARD A. RITTER AND SUSAN R. NOREK,** : | |
| **Executors for the Estate of GERARD H.** : | |
| **RITTER, deceased** : | |
| : | |
| Defendants : | |

---

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' AMENDED UNOPPOSED MOTION FOR
<u>EXPEDITED RESOLUTION OF THEIR MOTION TO DISMISS</u>**

Defendants respectfully submit the following statement of points and authorities in support of their Amended Motion for Expedited Resolution of their Motion to Dismiss.

1. Consolidated Rail Corporation ("Conrail") filed its Complaint for Declaratory Relief on the eve of trial in an underlying action which had been pending in state court in Pennsylvania since June 2005. Trial was scheduled to commence on October 1, 2007, with jury selection to take place on September 26, 2007. Conrail thus waited more than two years to raise the issues set forth in its Complaint for Declaratory Relief.

2. Simultaneous with the filing of this action, Conrail also filed a Motion to Stay in Philadelphia County.

3. On September 25, 2007, the Philadelphia County Judge, the Honorable Allan L. Tereshko, granted Conrail's motion and stayed the entire proceeding in Philadelphia County, thus preventing the Ritter family from having its day in court. (A true and correct copy of Judge Tereshko's Order is attached hereto as Exhibit "A.") The Ritter family has moved for

reconsideration of Judge Tereschko's Order. That motion is pending.

4. Defendants have been severely prejudiced by Conrail's delayed decision to submit this issue to this Court and by the last-minute stay of the entire Philadelphia County trial. The Pennsylvania case was trial-ready when Conrail filed this action in D.C. The Ritters have, at the eleventh hour, been deprived of their day in court and are forced to endure delay. The prejudice associated with that delay continues to mount each day, as the case in Philadelphia cannot proceed until this Court disposes of this Declaratory Judgment action. In a case where neither party disputed the Pennsylvania Court's ability to decide the issue of successor liability during the first two years that the case was litigated, this delay is unjust. Conrail's actions surely do not result in the just, speedy and inexpensive determination of this matter envisioned by Rule 1 of the Federal Rules of Civil Procedure.

5. Because the law is clear and this Court lacks jurisdiction to decide the issue of successor liability, and because the Pennsylvania courts are well-equipped to determine said issue, Defendants respectfully request that the determination of their Motion to Dismiss be expedited, that Conrail's Complaint for Declaratory Judgment be dismissed, and that they be permitted to proceed to trial in Philadelphia County at the next available date.

6. This Court has the authority to grant the relief that Defendants seek with this motion. Indeed, this Court's inherent authority to control its own docket is well established. *Marsh v. Johnson*, 263 F. Supp. 2d 49, 51 (D.D.C. 2003) (commenting that the Court's inherent authority to control its own docket conveys the power to grant and lift a stay of the proceedings in any given case).

7. Counsel for the Ritter family has sought Conrail's consent to the relief sought by this motion. Conrail does not agree with the factual assertions contained in this motion, but does not

oppose the relief sought herein.

                Respectfully submitted,

Dated: October 3, 2007            /s/ Denis C. Mitchell
                Denis C. Mitchell, Bar No. MD26510
                STEIN MITCHELL & MEZINES
                1100 Connecticut Avenue NW
                Suite 1100
                Washington, DC 20036
                202-737-7777
                dmitchell@steinmitchell.com

                Attorney for Defendants Gerard A. Ritter
                And Susan R. Norek, Executors for the Estate of
                Gerard H. Ritter, deceased

Of Counsel:
KLINE & SPECTER, P.C.
Lee B. Balefsky, Esquire
Michelle L. Tiger, Esquire
Cheryl P. Jacobs, Esquire
1525 Locust Street. 19th Floor
Philadelphia, PA 19102

Attorneys for Defendants Gerard A. Ritter
And Susan R. Norek, Executors for the
Estate of Gerard H. Ritter, deceased

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CONSOLIDATED RAIL CORPORATION** | : | |
| Plaintiff, | : | Case 1:07-cv-01370 - RMU |
| v. | : | |
| **GERARD A. RITTER AND SUSAN R. NOREK,** Executors for the Estate of **GERARD H. RITTER, deceased** | : | |
| Defendants | : | |

## ORDER

Upon consideration of Defendants' Amended Unopposed Motion for Expedited Resolution of their Motion to Dismiss and the entire record in this matter, it is hereby

ORDERED that the Motion is granted.

Dated: _____

                                                                                           _____
The Honorable Ricardo M. Urbina
United States District Court
  for the District of Columbia

Copies to:

Denis C. Mitchell
STEIN MITCHELL & MEZINES
1100 Connecticut Avenue NW
Suite 1100
Washington, DC 20036
dmitchell@steinmitchell.com

Lee B. Balefsky, Esquire
Michelle L. Tiger, Esq.
Cheryl P. Jacobs, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street. 19th Floor
Philadelphia, PA 19102

Laurence Z. Shiekman, Esquire
Ken Massey, Esquire
T. Joel Zuercher, Esquire
PEPPER HAMILTON, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Charles Carpenter, Esquire
PEPPER HAMILTON, LLP
600 Fourteenth Street NW, St. 500
Washington, DC 20005-2004

# ATTACHMENT

# A

| | |
|---|---|
| GERALD H. RITTER AND ALICE K. RITTER, HIS WIFE | COURT OF COMMON PLEAS PHILADELPHIA COUNTY June Term, 2005 |
| Plaintiffs, | |
| vs. | No. 000467 |
| CONSOLIDATED RAIL CORPORATION, et al., | ASBESTOS CASE |
| Defendants. | |

## ORDER

AND NOW, this 25<sup>t</sup> day of September, 2007, upon consideration of the Motion for Stay of Defendant Consolidated Rail Corporation, it is hereby ORDERED and DECREED that Defendant's that the Motion for Stay is hereby GRANTED, and pursuant to Section 209(g) of the Regional Rail Reorganization Act of 1973, 45 U.S.C. Section 719 (g), this Court will stay all proceedings in this matter pending disposition of the successorship issue by the District Court in Case No. 1:07-CV-01370.

BY THE COURT:

_____
Hon. Allan L. Tereshko

SEP 25 2007
L. RYANT-DAVIS

COPIES SENT
PURSUANT TO Pa.R.C.P.236(b)
SEP 2 5 2007
FIRST JUDICIAL DISTRICT OF PA
L. RYANT-DAVIS