**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CONSOLIDATED RAIL CORPORATION, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   07-1370 (RMU) |
| | : | |
| v. | : | Document No.:   6 |
| | : | |
| GERARD A. RITTER and SUSAN R. NOREK *ex rel.* GERARD H. RITTER, deceased, | : | |
| | : | |
| Defendants. | : | |

|  |  |  |
|---|---|---|
| CONSOLIDATED RAIL CORPORATION, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   07-1371 (RMU) |
| | : | |
| v. | : | Document No.:   9 |
| | : | |
| JOHN M. GRIBBIN, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### GRANTING THE DEFENDANTS' MOTIONS TO DISMISS

For the reasons stated in the accompanying Memorandum Opinion, it is this 27th day of March, 2008,

**ORDERED** that the defendants' motions to dismiss are **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge